UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **16-1009**

Dorman v. Computer Credit, Inc.
(D.N.J. No. 2-14-cv-08065)

**ORDER**

By order dated January 6, 2016 the parties were directed to submit written responses within 14 days addressing the issue of whether the order appealed was a final, appealable order within the meaning of 28 U.S.C. § 1291. Appellant has failed to file a response as directed. If appellant does not file a response within 14 days of the date of this order, the appeal will be dismissed for want of prosecution per Third Circuit Local Rule 107.2(a).

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:      February 24, 2016
SLC/cc:    Ari H. Marcus, Esq.
           James S. Murphy, Esq.
           Yitzchak Zelman, Esq.